

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 11 PM 12: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

U. S. A. vs. Kovachev, Ivon Quevedo

Docket No. 05CR1671J-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Irene Pflaum Pretrial Services Officer presenting an official report upon the conduct of defendant Kovachev, Ivon Quevedo, who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the 12th day of September, 2005, under the following conditions:

Restrict travel to State of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; clear up fines within 60 days of release; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms. On October 20, 2005, Judge Jones added psychological/psychiatric counseling. On September 11, 2006, the court removed the condition of resolving any outstanding fines.

RESPECTFULLY PRESENTING PETITION FOR MODIFICATION OF COURT AND FOR CAUSE AS FOLLOWS

1. On May 2, 2007, the defendant successfully completed a residential drug treatment program, Rainbow Family Ministry, and on November 6, 2006, the defendant admitted to using an illicit substance.

2. The defendant's traffic matters remain outstanding.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES AND CLEAR ANY OUTSTANDING FINES/FAILURES TO APPEAR OR WARRANTS PRIOR TO SENTENCING.**

### ORDER OF COURT

Considered and ordered this _____ day of _____ 20___ and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Napolean A. Jones, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 8, 2007

Respectfully,

_____
Irene Pflaum, U.S. Pretrial Services Officer
619-557-6056

Place   San Diego, California

Date    May 8, 2007